Joseph Ward McIntosh, WSBA #39470
McCarthy & Holthus, LLP
108 1st Ave. S., Suite 300
Seattle, WA 98104
Telephone: 206-596-4846
Facsimile: 206-274-4902

Attorneys for Plaintiff Industrial Credit Union

The Honorable Marc Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In Re:

KAZUKO KAY MATSUO,

    Debtor.

---

INDUSTRIAL CREDIT UNION,

    Plaintiff,

v.

KAZUKO KAY MATSUO,

    Defendant.

Case No. 22-10432-MLB

Adversary No. 22-01014-MLB

**STIPULATION FOR DISMISSAL**

    Plaintiff Industrial Credit Union, by and through its attorneys Joseph Ward McIntosh and McCarthy & Holthus, LLP, and Defendant Kazuko Kay Matsuo, by and through her attorneys Steven C. Hathaway and Law Offices of Steven Hathaway, hereby stipulate that all pending claims and counterclaims in this action shall be dismissed with prejudice, and without an award of attorneys' fees or costs to any party.

STIPULATION FOR DISMISSAL –
Page -1-
MH # WA-22-169393-CPG

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104
206-596-4856

DATED this 11th day of August, 2022.

**MCCARTHY & HOLTHUS, LLP**

 /s/  Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorneys for Plaintiff Industrial Credit Union

DATED this 3rd day of August, 2022.

**LAW OFFICES OF STEVEN HATHAWAY**

 /s/  Steven C. Hathaway
Steven C. Hathaway, WSBA #24971
Attorneys for Defendant/Debtor Kazuko Kay Matsuo

STIPULATION FOR DISMISSAL –
Page -2-
MH # WA-22-169393-CPG

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA  98104
206-596-4856