**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In Re: | Case No. 22-10432-MLB |
| KAZUKO KAY MATSUO, | |
| Debtor. | |
| INDUSTRIAL CREDIT UNION, | Adversary No. 22-01014-MLB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ADVERSARY** |
| KAZUKO KAY MATSUO, | |
| Defendant. | |

This matter came before the Court upon the foregoing stipulation of the parties, and the Court being fully advised in the premises, now therefore, it is hereby

ORDERED that all pending claims and counterclaims in this action are dismissed with prejudice; it is further

ORDERED that said dismissal is without an award of fees or costs to any party.

/ / / End of Order / / /

ORDER DISMISSING ADVERSARY –
Page -1-
MH # WA-22-169393-CPG

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104
206-596-4856

Presented by:

**MCCARTHY & HOLTHUS, LLP**

 /s/  Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorneys for Plaintiff Industrial Credit Union

**LAW OFFICES OF STEVEN HATHAWAY**

 /s/  Steven C. Hathaway
Steven C. Hathaway, WSBA #24971
Attorneys for Defendant/Debtor Kazuko Kay Matsuo

ORDER DISMISSING ADVERSARY –
Page -2-
MH # WA-22-169393-CPG

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104
206-596-4856